IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IAN HUMPHREY,

Plaintiff,

v. COURT FILE NO. 17-cv-497-jdp

NAVIENT SOLUTIONS, LLC,

Defendant.

---

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED and agreed to by and between Ian Humphrey (Plaintiff) and Navient Solutions, LLC (Defendant), through their respective undersigned counsel, that the above-captioned action, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly. This dismissal applies to this case only and does not extend to the Western District of Wisconsin Case No. 16-cv-370 or to any of the claims therein.

Respectfully submitted,

Dated: August 8, 2017

ATTORNEY SAM WAYNE, S.C.

/s/ Sam Wayne
Sam Wayne, SBW 1074341
2002 Atwood Avenue, Suite 203
Madison, WI 53704
Telephone: (608) 469-3598

Fax: (608) 268-8746
samwayne@gmail.com

Attorney for Plaintiff

Dated: August 8, 2017

MOSS & BARNETT

s/ Bradley R. Armstrong_______________

Bradley R. Armstrong, WI # 1096194
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 877-5000
Fax: (612) 877-5999
Bradley.armstrong@lawmoss.com

Attorney for Defendant